# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*April 5, 2005*

[Cite as *04/05/2005 Case Announcements,* 2005-Ohio-1618.]

## MOTION AND PROCEDURAL RULINGS

**2004–0003. State v. Back.**
Butler App. No. CA2003–01–011, 2003-Ohio-5985. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Butler County. Upon consideration of appellant's motion to unseal the presentence investigation report pursuant to R.C. 2951.03(D)(1),

IT IS ORDERED by the court that appellant's motion be, and hereby is, granted.

MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

**2005–0428. State v. Durham.**
Cuyahoga App. No. 84132, 2005-Ohio-202. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of the court of appeals' judgment,

IT IS ORDERED by the court that the motion for stay be, and hereby is, granted.

PFEIFER and LANZINGER, JJ., dissent.

## MISCELLANEOUS DISMISSALS

**2004–0887. UCAR Carbon Co. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2002–G–2508. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**2004–0888. UCAR Carbon Co. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2002–G–2704. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2005–0501. Andrew Jurgens Co. v. Wilkins.**
Board of Tax Appeals, No. 2002–P–403.

**2005–0502. Andrew Jurgens Co. v. Wilkins.**
Board of Tax Appeals, No. 2002–P–614.

**2005–0503. State ex rel. Dreyer v. Anderson Twp.**
Franklin App. No. 04AP–461, 2005-Ohio-366.

**2005–0519. Northwest Local School Dist. Bd. of Edn. v. Hamilton Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2003–J–1335.